# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

DARRYL DANCY

MAGISTRATE JUDGE: __James B. Clark__

MAGISTRATE NO.: __18-mj-4125-MAH-1__

DATE OF PROCEEDINGS: __7/12/2018__

DATE OF ARREST: __7/12/2018__

PROCEEDINGS: __Initial Appeaance__

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
(✓) WAIVER OF HRG.: __✓__ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
( ) DETENTION / BAIL HRG.              DATE: _____
( ) TRIAL: __ COURT __ JURY           DATE: _____
( ) SENTENCING                          DATE: _____
( ) OTHER: _____                DATE: _____

APPEARANCES:

AUSA __Jonathan Romankow, AUSA (Naazneen Khan covering)__

DEFT. COUNSEL __Martin Goldman, Retained__

PROBATION _____

INTERPRETER _____
   1. Language: ( )

Time Commenced: __4:29 PM__
Time Terminated: __4:35 PM__
CD No: __ECR__

__Stephen Bond__
DEPUTY CLERK