AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE ~~DISTRICT OF~~ NEW JERSEY

UNITED STATES OF AMERICA
V.
DARRYL DANCY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 18-mj-4125-MAH-1

I, __DARRYL DANCY__, charged in a ☐ complaint ☐ petition pending in this District __New Jersey__ in violation of __18__, U.S.C., __922__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_6/12/18_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant