AO 92 (Rev. 6/83)

# COMMITMENT

## United States District Court

**DISTRICT:** New Jersey

**UNITED STATES OF AMERICA**
V.
**DARRYL DANCY**

**DOCKET NO.**

**MAGISTRATE CASE NO.** 18-mj-4125-MAH-1

The above named defendant was arrested upon the complaint of

charging a violation of **18 USC § 922**

**DISTRICT OF OFFENSE:** New Jersey

**DATE OF OFFENSE:**

**DESCRIPTION OF CHARGES:**

Possession of a firearm by a convicted felon

**BOND IS FIXED AT**
$ Detained

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_7/12/2018_
Date

_[signature]_
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |