UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Michael A. Hammer |
| v. | : | Mag. No. 18-4125 |
| DARRYL DANCY | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant Darryl Dancy (Martin Goldman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and one continuance having previously been granted; and the defendant being aware that he has the right to have the matter presented to a Grand Jury within thirty (30) days of the date of his arrest pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant, through counsel, has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _10_ day of September, 2018;

September 6, 2018

ORDERED that the proceedings in the above-captioned matter are continued from ~~the date of this Order~~ through November 12, 2018; and it is further

IT IS FURTHER ORDERED that the period from ~~the date of this Order~~ September 6, 2018 through November 12, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

*/s/ Michael A. Hammer*
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

Form and entry
consented to:

*/s/ Jonathan Romankow*
JONATHAN ROMANKOW
Assistant U.S. Attorney

*/s/ Martin Goldman*
MARTIN GOLDMAN, Esq.
Counsel for Defendant Darryl Dancy