LAW OFFICE OF JOHN P. MCGOVERN, ESQ.
45 Bleeker Street
Newark, New Jersey 07102
(973) 313-1500

| | |
|---|---|
| United States of America | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| v.<br>DARRYL DANCY<br><br>Defendant | Criminal No.: 18- 4125<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of THE LAW OFFICE OF JOHN MCGOVERN, as attorney for DARRYL DANCY, Defendant, in the above-captioned matter.

_____
Martin Goldman
Withdrawing Attorney

_____
John P. McGovern
Law Office of John P. McGovern
Superseding Attorney

DATED: 1-11-19