UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**
**OFFICE**

<u>3/13/2019</u>
**DATE OF PROCEEDINGS**

**MAGISTRATE JUDGE:**
**JAMES B. CLARK**

**DEPUTY CLERK:**
**STEPHEN BOND**

**TITLE OF CASE**:

18-mj-4125-MAH-1

US v. DARRYL DANCY

**APPEARANCES:**

Jonathan Romankow, AUSA, for Govt
Sean McGovern, Retained, for defendant

**NATURE OF PROCEEDING:** Bail Hearing

Defendant appeared before Mag. Judge Clark
Defendant informed of his rights, penalties and charges.
Bail application denied.
Defendant remanded into custody of U.S. Marshals.

**Commenced:** 3:40 p.m.
**Adjourned:** 3:56 p.m.
**Tape/Index #:** ECR

*Stephen Bond*
_____
**Deputy Clerk**