UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Michael A. Hammer |
| v. | : | Mag. No. 18-4125 |
| DARRYL DANCY | : | ORDER FOR CONTINUANCE |
| | : | |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant Darryl Dancy (John P. McGovern, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and four continuances having previously been granted; and the defendant being aware that he has the right to have the matter presented to a Grand Jury within thirty (30) days of the date of his arrest pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant, through counsel, has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 20th day of May, 2019;

ORDERED that the proceedings in the above-captioned matter are continued from ~~the date~~ May 16, 2019

~~of this Order~~ through July 17, 2019; and it is further

IT IS FURTHER ORDERED that the period from ~~the date of this Order~~ May 16, 2019 through July 17, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

_[signature]_

HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge


Form and entry
consented to:

_[signature]_

JONATHAN ROMANKOW
Assistant U.S. Attorney

_[signature]_

JOHN P. MCGOVERN, Esq.
Counsel for Defendant Darryl Dancy