LAW OFFICE OF ADRIENNE D. EDWARD, P.C.
549 Summit Avenue
Jersey City, New Jersey 07306
(201) 420-8850
*Attorney for Defendant, DARRYL DANCY*

```
Plaintiff(s),               :
                            :
UNITED STATES OF AMERICA    : UNITED STATES DISTRICT COURT
                            : DISTRICT OF NEW JERSEY
vs.                         :
                            :
Defendant(s),               : Magistrate No. 18-4125
                            :
DARRYL DANCY                : ENTRY OF APPEARANCE
```

**TO:**   William T. Walsh, Clerk
United States District Court
Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Please enter the appearance of Adrienne D. Edward, Esq. Esq., Attorney at Law, Law Office of Adrienne D. Edward, P.C., 549 Summit Avenue, Jersey City, New Jersey 07306, on behalf of the defendant, **DARRYL DANCY.**

.

DATED: July 10, 2019

_____
**ADRIENNE D. EDWARD, ESQ.**