RECEIVED
SEP 17 2019
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

FILED
SEP 17 2019
AT 8:30 _____ 3:38 P M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 19-658 (KM) |
| | : 18 U.S.C. § 922(g)(1) |
| v. | : |
| | : INDICTMENT |
| DARRYL DANCY | : |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about June 19, 2018, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

DARRYL DANCY,

knowing he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce firearms, namely: (a) a .223 caliber Kel-Tec Model PLR16 semiautomatic pistol, bearing serial number POC58; (b) a .45 caliber Smith & Wesson Model SW1911PD semiautomatic handgun, bearing serial number JRJ2091; (c) a .40 caliber Smith & Wesson Model SW40VE semiautomatic handgun, bearing a defaced serial number; (d) a .38 caliber Smith & Wesson Model 638-3 revolver, bearing serial number CMY7698; (e) a .22 caliber Iver Johnson Model Supershot Sealed Eight revolver, bearing serial number L35080; (f) a 9-millimeter Pietro Beretta Model 92FS semiautomatic handgun, bearing serial number J25615Z; (g) a .40

caliber Kel-Tec Model SUB-2000 semiautomatic rifle, bearing serial number E2156; (h) a .223 caliber Anderson Manufacturing Model AM-15 semiautomatic rifle, bearing serial number 16052747; and (i) a 12-gauge Mossberg Maverick Model 88 pump-action shotgun, bearing serial number MV69340K.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained on pages one and two of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth on pages one and two of this Indictment, the defendant,

### DARRYL DANCY,

shall forfeit to the United States any firearms involved in or used in the commission of that offense, including (a) a .223 caliber Kel-Tec Model PLR16 semiautomatic pistol, bearing serial number POC58; (b) a .45 caliber Smith & Wesson Model SW1911PD semiautomatic handgun, bearing serial number JRJ2091; (c) a .40 caliber Smith & Wesson Model SW40VE semiautomatic handgun, bearing a defaced serial number; (d) a .38 caliber Smith & Wesson Model 638-3 revolver, bearing serial number CMY7698; (e) a .22 caliber Iver Johnson Model Supershot Sealed Eight revolver, bearing serial number L35080; (f) a 9-millimeter Pietro Beretta Model 92FS semiautomatic handgun, bearing serial number J25615Z; (g) a .40 caliber Kel-Tec Model SUB-2000 semiautomatic rifle, bearing serial number E2156; (h) a .223 caliber Anderson Manufacturing Model AM-15 semiautomatic rifle, bearing serial number 16052747; and (i) a 12-gauge Mossberg Maverick Model 88 pump-action

3

shotgun, bearing serial number MV69340K.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

4

CASE NUMBER: 19-658 (KM)

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

DARRYL DANCY

INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill ███████

CRAIG CARPENITO
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JONATHAN W. ROMANKOW
*ASSISTANT U.S. ATTORNEY*
973-645-2884

USA-48AD 8
(Ed. 1/97)