# UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: NEWARK**                                    **DATE:** September 26, 2019
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:**  Rhea C. Villanti

**TITLE OF CASE:**                                    **DOCKET # 19-cr-658**
UNITED STATES OF AMERICA
        vs.
DARRYL DANCY

#### DEFT. PRESENT

**APPEARANCES:**    ARRAIGNMENT

Jonathan W. Romankow, AUSA for Government
Adrienne D. Edwards, Esq. for Defendant

**Nature of Proceedings**:

Defendant advised of rights.
Arraignment held as to Defendant
Defendant enters a plea of Not Guilty to Count 1 Indictment.
Ordered the following scheduled:
Pretrial Motions to be filed by 11/27/19
Response due by 12/11/19
Reply due 12/20/19
Motion hearing date 1/7/2020 at 10:00 a.m.
Pretrial Conference: TBD
Jury Trial date: TBD
Ordered defendant remanded.
Scheduling Order to be filed.

**Time Commenced: 11:00**
**Time Adjourned: 11:20**
**Total Time: 20 Minutes**


                                         Nitza Creegan
                                         DEPUTY CLERK