# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** February 4, 2020
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Lisa Larsen

**TITLE OF CASE:**  **DOCKET # 2:19-cr-658 (KM)**
UNITED STATES OF AMERICA
    vs.
DARRYL DARCY

    **DEFT. PRESENT**

**APPEARANCES:**

Jonathan W. Romankow, AUSA for Government
Adrienne Edwards, Esq. for Defendant

**Nature of Proceedings:**     ARRAIGNMENT TO SUPERSEDING INDICTMENT

Defendant advised of rights.
Arraignment held as to Defendant
Defendant enters a plea of Not Guilty to Counts 1-5 of Superseding Indictment.
Order for Continuance submitted for filing.
Court ordered defendant to advise the Court whether a supplement to motion to suppress is needed.
Motion Hearing / Status Conference set for March 16, 2020 at 10:00 AM.
Jury Trial set for April 23, 2020 at 9:00 AM
Ordered defendant remanded.

**Time Commenced: 10:30**
**Time Adjourned: 11:30**
**Total Time: 1 Hour**

                                                      Nitza Creegan
                                                     DEPUTY CLERK