STACY ANN BIANCAMANO, ESQ.
DANIEL J. HOLZAPFEL, ESQ
BIANCAMANO LAW, LLC
Cranford Executive Plaza
312 North Avenue East, Suite 7
Cranford, NJ 07016
Tel.: (908) 325-3023
Fax: (908) 325-3007
*Attorneys for Defendant, Darryl Dancy*

| UNITED STATES | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| v. | |
| | DOCKET NO.: 2:19-cr-00658-KM-1 |
| DARRYL DANCY | |
| | **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Stacy Ann Biancamano, Esq. and Daniel J. Holzapfel, Esq., Biancamano Law, LLC as attorneys for Defendant, Darryl Dancy, in the above-captioned proceeding.

| **Adrienne D. Edward, Esq.**<br>549 Summit Avenue<br>Jersey City, NJ 07306<br><br><br>By: *Adrienne Edward*<br>Adrienne D. Edward<br>Withdrawing Attorney<br><br>Dated: 10/28/2020 | **Stacy Ann Biancamano, Esq. &**<br>**Daniel Holzapfel**<br>Biancamano Law, LLC<br>Cranford Executive Plaza<br>312 North Avenue East, Suite 7<br>Cranford, NJ 07016<br>By: *Stacy Biancamano*<br>Stacy Ann Biancamano<br>Superseding Attorney<br><br>Dated: 10/22/2020<br>By: *Daniel J. Holzapfel*<br>Daniel J. Holzapfel<br>Superseding Attorney<br><br>Dated: 10/22/2020 |