```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA          :        Crim. No. 2:19-cr-00658-KM

      v.                                :

DARRYL DANCY                      :        **SUBSTITUTION OF ATTORNEY**

      PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Sophie Reiter, Assistant U.S. Attorney (Sophie.Reiter@usdoj.gov), in substitution for Jonathan W. Romankow, Assistant U.S. Attorney, who previously appeared in this matter.

                                      RACHAEL A. HONIG
                                      ACTING UNITED STATES ATTORNEY

                                      /s/ Sophie Reiter

                                      By: SOPHIE REITER
                                      Assistant U.S. Attorney

Dated: June 15, 2021