UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Crim. No. 19-658

       v.              :

DARRYL DANCY          :    <u>SUBSTITUTION OF ATTORNEY</u>

       PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Sarah Sulkowski, Assistant U.S. Attorney (sarah.sulkowski@usdoj.gov), in substitution for Sophie Reiter, Assistant U.S. Attorney, who previously appeared in this matter.

RACHAEL A. HONIG
Acting United States Attorney

By:  SARAH SULKOWSKI
Assistant U.S. Attorney

Dated: September 17, 2021