UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Kevin McNulty |
| v. | : | Crim. No. 19-658 |
| DARRYL DANCY | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Sarah A. Sulkowski, Assistant U.S. Attorney, appearing), and defendant Darryl Dancy (Stacy Ann Biancamano, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18 U.S.C. Section 3161; and the defendant, through his attorney, having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. The defendant, through his counsel, has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __1st__ day of __December__, 2021, it is

ORDERED that the proceedings in the above-captioned matter are continued from December 1, 2021 through February 1, 2022; and it is further

ORDERED that the period from December 1, 2021 through February 1, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Kevin McNulty
_____
HONORABLE KEVIN MCNULTY
United States District Judge

Form and entry
consented to:

Approved:

_____
SARAH A. SULKOWSKI
Assistant U.S. Attorney

_____
JAMES DONNELLY
Chief, Violent Crimes Unit

/s/ Stacy Biancamano
_____
STACY ANN BIANCAMANO, Esq.
Counsel for defendant Darryl Dancy