April 27, 2022

Darryl Dancy # 855405B
Essex County Corr. Facility
354 Doremus Avenue
Newark, NJ 07105

Re: U.S. vs Darryl Dancy
Crim No. (19-658 (KM)

Clerk,

I am requesting a copy of the docket of the matter above. I would like a list of all continuances docketed in the above matter.

Thank You