Name: Darryl Dancy

ECCF ID #: 2018-09600

354 Doremus Ave.
Newark, NJ 07105

Date: 5/9/22

**Clerk of Courts**
**50 Walnut Street**
**Newark, NJ 07102**

Case # (if available): 19-658 (KCM)

Dear Clerk of Courts,

Please date and time stamp this letter and file it on my docket. Please also forward a copy to my Judge. Thank you.

Sincerely,

Sign here: X [signature]

Print Name: Darryl Dancy

---

Dear Honorable Judge,

I am currently detained pretrial at Essex County Correctional Facility in Newark, NJ. This facility **removed all printers** about 3 months ago. This was done for safety reasons, as some inmates had taken the printers apart to use as weapons. Other pre-trial facilities nationwide solved this simply by either (1) caging the printer in a readily available case made specifically for this or (2) placing the printer near the Officer's station for his supervision using a $5 wireless printer card.

Your Honor, I am charged in a federal case and my life and future is on the line. As I get limited time to access the law library each week, I have to review my discovery and print the files I need so I can read through them carefully the rest of the week. Due to the constant limits on attorney visits, I also need to communicate information to my attorney in writing and keep copies for my files. Furthermore, I do research on case law whereby I need to print cases and read them during the week while I highlight important sections. Without access to a printer while in pre-trial incarceration, my Due Process "**access to the courts**" is greatly limited.

In ***Bounds v. Smith***, 430 US 817, 52 L Ed 2d 72, 97 S Ct 1491 (1977), the United States Supreme Court held that "the fundamental federal constitutional right of access to the courts required prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing the inmates with adequate law libraries or adequate assistance from persons trained in the law."

Your honor, I ask you to please contact ECCF and see how I can get access to a printer or provide a letter to me that I can present to the facility to request access to a printer. Thank you.