Darryl Dancy
354 Doremus Ave.
Newark, NJ 07105

Sept 12, 2022

Case #: 19-658 (KCM)

Clerk of Courts
50 Walnut Street
Newark, NJ 07102

Dear Clerk of Courts,

Enclosed is my Pro-Se request for a subpoena to produce documents. Please submit the summons to me at the above address for my submission to Hon. Judge Kevin McNulty. Thank You.

Sincerely,

X _____
Darryl Dancy

2022 SEP 20 A 11:19
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of **New Jersey**

| | |
|---|---|
| United States of America<br>v.<br>**Darryl Dancy**<br>*Defendant* | )<br>)<br>) Case No. **19-658 (KCM)**<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: **Tmobile, 4 Sylvan Way, Parsippany, NJ 07054**
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: **For the cell phone #: 973-968-9540, provide any and all CSLI data, E911 Phase II data, GPS data, lattitude-longitude data, cell tower sectors, all available NELOS, RTT/PCMD information.**

*See Attachment*

| Place: | Date and Time: |
|---|---|
| | |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Pro Se Submission by Darryl Dancy**, who requests this subpoena, are:

**Darryl Dancy, 354 Doremus Ave, Newark, NJ 07105**

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Information Requested for Cellular Phone 973-968-9540 are for the periods of Sept 1 2017 - Sept 30 2017. Also from the date of May 1 2018 - June 19, 2018. This should also Include Subscriber information

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
_____ District of **New Jersey**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Darryl Dancy** | ) | Case No. **19-658 (KCM)** |
| Defendant | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: **Tmobile, 4 Sylvan Way, Parsippany, NJ 07054**
(Name of person to whom this subpoena is directed)

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: **For the cell phone #: 973-392-1485, provide any and all CSLI data, E911 Phase II data, GPS data, latitude-longitude data, cell tower sectors, All available NELOS, RTT / PCMD information.**

See Attachment

| Place: | Date and Time: |
|---|---|
| | |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) **Pro Se** **Submission by Darryl Dancy**, who requests this subpoena, are:
**Darryl Dancy, 354 Doremus Ave, Newark, NJ 07105**

## Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Information Requested for Cellular Phone 973-392-1485 are for the periods of September 1, 2017 - September 30, 2017. Also from the dates of May 1, 2018 - June 19, 2018. This should also Include subscriber Information

