UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** September 15, 2023
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**  **DOCKET # 2:19-cr-658 (KM)**
UNITED STATES OF AMERICA
          vs.
DARRYL DANCY
          **DEFT. PRESENT**

**APPEARANCES:**

James Donnelly, AUSA for the Government
Stacy A. Biancamano, Esq. for Defendant
Maribel Perez, U.S. Probation Officer

**Nature of Proceedings**:   SENTENCING on Count 1s, 4s, and 5s of Superseding Indictment

SENTENCE: Imprisonment for a term of 80 months on each of Counts 1s, 4s, and 5s, all such terms to be served concurrently.
Supervised Release: 4 years on each of Count 1s and 3 years on Counts 4s and 5s, all such terms to run concurrently and with special conditions.
On motion of the United States, the court has dismissed Counts 2s and 3s of Superseding Indictment.
Restitution: not applicable
Fine: waived.
Special Assessment - $300, consisting of $100 on each of Counts 1s, 4s, and 5s.
Defendant advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshals Service pending designation by the Bureau of Prisons for service of this sentence.
The Court recommends that the Bureau of Prisons designate a facility as near as possible to defendant's home address.

**Time Commenced:  11:00**
**Time Adjourned:   11:45**
**Total Time: 45 Minutes**

          Nitza Creegan
          DEPUTY CLERK